UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY WALDRON,

    Plaintiff,

v.    Case No: 8:17-cv-1766-T-36AAS

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.
_____/

## **O R D E R**

This matter comes before the Court upon the parties' Motion to Stay and Refer Case to Arbitration (Doc. 6), filed on August 16, 2017. The parties seek to stay these proceedings pending arbitration of the claims asserted by Plaintiff Kelly Waldron against Defendant Credit Acceptance Corporation. The parties agree that Plaintiff's claims are subject to binding arbitration with the American Arbitration Association. Therefore, the parties request that this action be stayed pending the completion of arbitration. The Court, having considered the motion and being fully advised in the premises, will grant the Motion to Stay and Refer Case to Arbitration.

Accordingly, it is hereby

**ORDERED**:

1.    The Motion to Stay and Refer Case to Arbitration (Doc. 6) is **GRANTED**.

2.    This case is **STAYED** pending the arbitration of Waldron's claims against Credit Acceptance Corporation.

3.    The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such event.

- 2 -

      4.    The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

      **DONE AND ORDERED** in Tampa, Florida on August 17, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record